IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROSEMARIE CLAMPITT                                                                        PLAINTIFF

v.                                     No. 4:12CV00323 JLH

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD; and
DOES 1 THROUGH 10                                                                       DEFENDANTS

## ORDER

Rosemarie Clampitt's unopposed motion to dismiss this action without prejudice is GRANTED. Document #22. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE